IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UTILISOUTH, INC., et al.,<br><br>    Defendants. | Civil Action<br>File No.: 1:21-cv-01906-TWT |

## JOINT NOTICE RESPECTING SETTLEMENT

**COMES NOW** AUTO-OWNERS INSURANCE COMPANY, Plaintiff in the above-styled matter, jointly with the Defendants who have appeared, and hereby advises and notifies the Court that the parties have reached a global settlement of this litigation and the Underlying Lawsuit.

The parties represent to the Court that they are working diligently to finalize the settlement of this litigation. Upon the settlement being finalized, Auto-Owners Insurance Company will move for a dismissal of this action (or otherwise dismiss this action) with prejudice per the Federal Rules of Civil Procedure.

This 11th day of February, 2022.

                                   Respectfully submitted,

                                   KENDALL | MANDELL, LLC


                                   /s/ M. Brandon Howard
                                   Michael C. Kendall
                                   Georgia Bar No. 414030
                                   M. Brandon Howard
                                   Georgia Bar No. 550524
                                   *Attorneys for Auto-Owners Ins. Co.*
                                   3152 Golf Ridge Blvd., Suite 201
                                   Douglasville, Georgia 30135
                                   (770) 577-3559
                                   (770) 577-8113
                                   mckendall@kendallmandell.com
                                   mbhoward@kendallmandell.com


                                   /s/ Jared H. Jacobs
                                   *(with express permission)*
                                   Michael J. Rust
                                   Georgia Bar No. 621257
                                   Jared H. Jacobs
                                   Georgia Bar No. 553482
                                   J. Skye Wellesley
                                   Georgia Bar No. 265377
                                   Gray, Rust, St. Amand, Moffett
                                    & Brieske, L.L.P.
                                   1700 Salesforce Tower Atlanta
                                   950 East Paces Ferry Road
                                   Atlanta, Georgia 30326
                                   (404) 870-7375
                                   (404) 870-7388
                                   mrust@grsmb.com

jjacobs@grsmb.com
swellesley@grsmb.com
*Attorneys for Defendants ACS and Zayo*


 /s/ Robert A. Luskin
*(with express permission)*
Robert A. Luskin
Georgia Bar No. 004383
Katherine I. Barton
Georgia Bar No. 882335
GOODMAN McGUFFEY LLP
3340 Peachtree Road NE
Suite 2100
Atlanta, Georgia 30326-1084
(404) 264-1500
(404) 264-1737
rluskin@GM-LLP.com
KBarton@GM-LLP.com
*Attorneys for UtiliSouth, Inc.*


 /s/ Jeffrey Golomb
*(with express permission)*
Jeffrey Golomb
Georgia Bar No. 300505
GOMEZ & GOLOMB LLC
4200 Northside Pkwy Bldg 1-200
Atlanta, Georgia 30327
(404) 382-9991
(404) 704-0678
 jeff@gandglegal.com
*Attorney for Defendant Crawl*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>UTILISOUTH, INC.; ZAYO GROUP, LLC; ATLANTIC CONSTRUCTION SERVICES, LLC; G&S DRILLING COMPANY, INC.; and JEROME CRAWL,<br><br>  Defendants. | Civil Action<br>File No.: 1:21-cv-01906-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **JOINT NOTICE RESPECTING SETTLEMENT** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Michael J. Rust, Esq.
Jared H. Jacobs, Esq.
J. Skye Wellesly, Esq.
GRAY, RUST, ST. AMAND, MOFFETT &BRIESKE, LLP
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326

Robert A. Luskin, Esq.
Katherine I. Barton, Esq.
GOODMAN McGUFFEY LLP
3340 Peachtree Road NE
Suite 2100
Atlanta, Georgia 30326

Jeffrey Golomb, Esq.
GOMEZ & GOLOMB, LLC
4200 Northside Parkway
Building 1-200
Atlanta, Georgia 30327

This 11th day of February, 2022.

                          /s/ M. Brandon Howard
                          M. Brandon Howard