# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UTILISOUTH, INC., et al, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:21-CV-01906-TWT |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 44].

SO ORDERED, this 14th day of February, 2022.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE