IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>UTILISOUTH, INC., et al.,<br><br>       Defendants. | Civil Action<br>File No.: 1:21-cv-01906-TWT |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF and DEFENDANTS, all parties appearing in the above-styled action, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their counsel of record, hereby stipulate and agree to the following:

Due a settlement reached that resolves all claims pending in this action, the parties hereby stipulate and agree to dismiss with prejudice all claims pending herein, including but not limited to the Complaint (Doc. 1), the Counterclaim (Doc. 16), and any Crossclaims. Each party will bear their own attorneys' fees and costs with respect to this action.

This 22nd day of June, 2023.

        Respectfully submitted,

        KENDALL | MANDELL, LLC


        /s/ Michael C. Kendall
        Michael C. Kendall
        Georgia Bar No. 414030
        3152 Golf Ridge Blvd., Suite 201
        Douglasville, Georgia 30135
        Telephone:  (770) 577-3559
        Facsimile:   (770) 577-8113
        mckendall@kendallmandell.com
        *Attorney for Auto-Owners Ins. Co.*


        /s/ J, Skye Wellesley
        *(with express permission)*
        Michael J. Rust
        Georgia Bar No. 621257
        J. Skye Wellesley
        Georgia Bar No. 265377
        GRAY, RUST, ST. AMAND,
        MOFFETT & BRIESKE, L.L.P.
        1700 Salesforce Tower Atlanta
        950 East Paces Ferry Road
        Atlanta, Georgia 30326
        Telephone:  (404) 870-7375
        Facsimile:   (404) 870-7388
        mrust@grsmb.com
        swellesley@grsmb.com
        *Attorneys for Atlantic Construction Services, LLC and Zayo Group, LLC*

 /s/ Robert A. Luskin
*(with express permission)*
Robert A. Luskin
Georgia Bar No. 004383
CHARTWELL LAW
3200 Cobb Galleria Pkwy
Suite 250
Atlanta, Georgia 30339
Direct:         (470) 397-0950
Telephone:  (404) 410-1151
Facsimile:   (404) 738-1632
rluskin@chartwelllaw.com
*Attorney for UtiliSouth, Inc.*


 /s/ Jeffrey Golomb
*(with express permission)*
Jeffrey Golomb
Georgia Bar No. 300505
GOMEZ & GOLOMB LLC
4200 Northside Pkwy Bldg 1-200
Atlanta, Georgia 30327
Telephone:  (404) 382-9991
Facsimile:   (404) 704-0678
 jeff@gandglegal.com
*Attorney for Jerome Crawl*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>UTILISOUTH, INC.; ZAYO GROUP, LLC; ATLANTIC CONSTRUCTION SERVICES, LLC; G&S DRILLING COMPANY, INC.; and JEROME CRAWL,<br><br>  Defendants. | Civil Action<br>File No.: 1:21-cv-01906-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **JOINT STIPULATION OF DISMISSAL** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

| | |
|---|---|
| Michael J. Rust, Esq.<br>Jared H. Jacobs, Esq.<br>J. Skye Wellesly, Esq.<br>GRAY, RUST, ST. AMAND, MOFFETT &BRIESKE, LLP<br>1700 Salesforce Tower Atlanta<br>950 East Paces Ferry Road<br>Atlanta, Georgia 30326 | Robert A. Luskin, Esq.<br>CHARTWELL LAW<br>3200 Cobb Galleria Pkwy<br>Suite 250<br>Atlanta, Georgia 30339 |

Jeffrey Golomb, Esq.
GOMEZ & GOLOMB, LLC
4200 Northside Parkway
Building 1-200
Atlanta, Georgia 30327

    This 22nd day of June, 2023.

                                          /s/ Michael C. Kendall
                                          Michael C. Kendall